■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS TIRADO, Appellant. [700 NYS2d 695] —Judgment, Supreme Court, New York County (Mary Davis, J.), rendered May 21, 1997, convicting defendant, after a jury trial, of criminal possession of a weapon in the third degree, and sentencing him, as a second violent felony offender, to a term of 5 years, unanimously affirmed.

Defendant's suppression motion was properly denied. We see no reason to disturb the court's credibility determinations, which are supported by the record. Concur—Nardelli, J. P., Tom, Lerner, Rubin and Saxe, JJ.

■ In the Matter of STEVEN D., a Person Alleged to be a Juvenile Delinquent, Appellant. [700 NYS2d 697] —Order of disposition, Family Court, Bronx County (Marjory Fields, J.), entered on or about March 12, 1998, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that appellant committed acts which, if committed by an adult, would constitute the crimes of criminal possession of a weapon in the fourth degree, unlawful imprisonment in the second degree, menacing in the second and third degrees and unlawful possession of a weapon by a person under sixteen, and placed him on probation for 12 months, unanimously affirmed, without costs.

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence (*People v Bleakley*, 69 NY2d 490). We see no reason to disturb the court's determinations concerning credibility. Concur—Nardelli, J. P., Tom, Lerner, Rubin and Saxe, JJ.